UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re:  Chapter 13

    IMRAN MOHAMMAD SHAH  Case No.: 19-10892

               Debtor.

-------------------------------------------------------------X

## ORDER DISMISSING CASE
## FOR FAILURE TO PAY FILING FEE

The debtor having failed to comply with an order of this Court dated April 2, 2019 directing the filing fee to be paid in installments and after notice and hearing, it is

**ORDERED** that the remaining unpaid portion of the filing fee in the amount of $260.00 is past due and owing; and it is further

**ORDERED** that this case is hereby dismissed pursuant to Federal Rule of Bankruptcy Practice 1017(b).



**Dated: May 13, 2019**
    **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**