**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Imran Mohammad Shah<br>aka   Diversity Homes Inc. | CASE NO.: 19–10892–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–3279   81–1096721 | CHAPTER: 13 |

# ORDER DISCHARGING TRUSTEE

The petition of the above named debtor has been dismissed and the chapter 13 trustee has submitted the final report.

IT IS ORDERED THAT:

Krista M. Preuss is discharged as trustee of the estate of the above named debtor(s) and this chapter 13 case is closed.

Dated: June 25, 2019                                                                                   Cecelia G. Morris, Bankruptcy Judge